IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES LYONS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19-CV-38-WKW |
| HENRY COUNTY SHERIFF'S OFFICE, | ) |
| Defendant. | ) |

## **ORDER**

On April 9, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice before service of process in accordance with 28 U.S.C. § 1915(e)(2)(B).

A separate Final Judgment will be entered.

DONE this 29th day of April, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE